In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-032 CR


____________________



KEITH JAMAL MOTEN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 07-00893






MEMORANDUM OPINION


 We have before the Court a request from the appellant, Keith Jamal Moten, to dismiss
his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant
personally and joined by counsel of record. No opinion has issued in this appeal. The
motion is granted, and the appeal is therefore dismissed. 

 APPEAL DISMISSED. 


 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered May 21, 2008

Do not publish


Before Gaultney, Kreger, and Horton, JJ.